BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00354 LJO |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | MOTION TO DISMISS DEFENDANT |
| | ) | DANIEL NAVA WITHOUT PREJUDICE |
| v. | ) | (Fed. R. Crim. P. 48(a)) |
| | ) | |
| DANIEL NAVA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the charges as to DANIEL NAVA, only, in the above-entitled case be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 21, 2012            /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1